UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CARTER

-------------------------------------------------------X

SULZER MIXPAC USA, INC. and
SULZER MIXPAC AG,

**14 CV 8075**

                                    Plaintiffs,

**COMPLAINT**

                    -against-

CDPC, INC., dba UC DENTAL and
CHONG SUN HAN aka KEN HAN,

**TRIAL BY JURY DEMAND**

RECEIVED
OCT 0 7 2014

                                    Defendants,

-------------------------------------------------------X

Plaintiffs Sulzer Mixpac USA, Inc. and Sulzer Mixpac AG (collectively "Mixpac" or "Plaintiffs") submit this complaint against defendants CDPC, Inc. dba UC Dental, and Chong Sun Han aka Ken Han, an individual (collectively, "Defendants") seeking damages, injunctive, and other relief for trademark counterfeiting and related state claims, allege as follows:

## PARTIES

1.      Plaintiff Sulzer Mixpac USA, Inc. is a New Hampshire corporation with its principal place of business at 8 Willow Street, Salem, New Hampshire 03079.

2.      Plaintiff Sulzer Mixpac AG is a Swiss corporation with its principal place of business at Ruetistrasse 7, CH-9469 Haag, Switzerland.

3.      CDPC, Inc. dba UC Dental (hereafter referred to as "CDPC") is a California corporation, having a registered business address of 13640 Imperial Highway, Unit 9, Santa Fe Springs, California 90670. CDPC also does business as "UC Dental," "UC Dental Products," "SmartChoice Dental," and "www.ucdpi.com."

4.     Defendant Chong Sun Han aka Ken Han (hereafter referred to as "Han") is an individual and owner of CDPC with a business address of 13640 Imperial Highway, Unit 9, Santa Fe Springs, California 90670 and has acted together with Defendant CDPC to actively participate in, or control, the infringing activity accused herein.

## JURISDICTION AND VENUE

5.     This court has jurisdiction over Mixpac's trademark counterfeiting and trademark infringement claims under 28 U.S.C. §§ 1331, 1338(a) and 15 U.S.C. § 1121.

6.     This court has personal jurisdiction over Defendants because they have transacted and are transacting business in this district and have sold, offered for sale, distributed, or advertised products that infringe Mixpac's registered trademarks in this judicial district.  Defendants also have made, used, imported, sold, or offered for sale in the United States, including within this judicial district, a product which infringes Mixpac's trademarks, specifically U.S. Trademark Registration No. 3,762,232 (yellow), Reg. No. 3,762,233 (teal/green), Reg. No. 3,976,379 (blue), Reg. No. 3,976,380 (pink), Reg. No. 3,976,381 (purple), Reg. No. 3,976,382 (brown), and Reg. No. 4,051,261 (no color).  Defendants have substantial and continuous contacts with New York and have committed acts of infringement in New York, including the Southern District of New York, sufficient to confer personal jurisdiction upon them.

7.     Venue properly lies in this court under 28 U.S.C. §§ 1391(b) and (c) because Defendants are subject to personal jurisdiction and have committed acts of trademark infringement in this district.  Defendants' offering and selling their products in New York gives rise to proper venue as a substantial part of their infringing acts have occurred in this district.

## BACKGROUND

### *The MIXPAC Three-Part Mixing System*

8.      Mixpac is the exclusive manufacturer in Switzerland of a patented three-part system for mixing two-part adhesives for dental applications.   The system consists of 1) a dispenser-like caulking gun, 2) a cartridge containing a two-part chemical such as an epoxy having a catalyst and a resin, and 3) a mixing tip that mixes the chemicals before they are applied for making, for example, an impression or mold for teeth.

### *The Registered Mixing Tips' Colored Dome and Dome Mark*

9.      Mixpac has since at least as early as 1997 used a distinctive dome shape and color design Mark for its mixing tips (hereinafter "Colored Dome Mark").

10.      The Colored Dome Mark has been used to identify Mixpac's dental mixing system and tips.

11.      Mixpac's Colored Dome Mark includes the line of mixing tips with six pleasing "candy-like" colors of yellow, teal, blue, pink, purple, and brown ("Candy Colors").   The Colored Dome Mark also includes the Dome shape apart from the color ("Dome Mark").

12.      The Colored Dome Mark, Dome Mark, and Candy Colors are non-functional. They are not essential to the product's purpose, and they are not dictated by concern for cost efficiency.   This is evidenced by other companies in the industry that use different designs and colors, or no colors, for their dental products, none of which include the Candy Colors, or the design features of the Colored Dome Mark.

13.      The Colored Dome Mark is distinctive and identifies a single source. Additionally, over the last fifteen years the Colored Dome Mark has acquired secondary meaning as the relevant public has come to associate the Colored Dome Mark with a single

source—Mixpac.  Mixpac informs the dental public to "look for" the Colored Dome Mark and informs that the Dome and Candy Colors are trademarks.  Purchasers choose mixing tips based on the Colored Dome Mark, Dome Mark, and Candy Colors.

### The Colored Dome and Dome Mark U.S. Trademark Registrations

14.     Mixpac was awarded seven U.S. Trademark Registrations for the look of the mixing tips: U.S. Trademark Registration No. 3,762,232 (yellow), Reg. No. 3,762,233 (teal/green), Reg. No. 3,976,379 (blue), Reg. No. 3,976,380 (pink), Reg. No. 3,976,381 (purple), Reg. No. 3,976,382 (brown) ("the Colored Dome Trademark Registrations"), and Reg. No. 4,051,261 (shape only - no color) (the "Dome Trademark Registration").   Copies of the registration certificates are attached as **Exhibit A**.  The Colored Dome Trademark Registrations and the Dome Trademark Registration are prima facie evidence of the validity of the marks and registration of the marks, and Mixpac's exclusive right to use the marks in connection with mixing tips.

### Defendants' Counterfeit Mixing Tips

15.     Defendants have capitalized on the success of the Mixpac mixing tips by copying the distinctive Colored Dome Mark, Candy Colors and the Dome Mark to intentionally confuse purchasers into believing the counterfeit products are manufactured or licensed by Mixpac ("Counterfeit Mixing Tips").   Attached as **Exhibit B** is an image of Defendants' Counterfeit Mixing Tips.

16.     Defendants' mixing tips are counterfeit as they are spurious and are identical with or substantially indistinguishable from Mixpac's Colored Dome Mark and Dome Mark as shown in the Colored Dome Trademark Registrations and the Dome Trademark Registration.

17.     Defendants' copied mixing tips are of lesser quality and safety and reliability, and threaten Mixpac's reputation in its product, to the detriment of Mixpac and the public.

18.     Defendants make, use, offer for sale, sell, or import, market, distribute, or sell products that infringe the Mixpac Colored Dome Mark under the name "House Brand."

19.     Defendants have engaged in a common enterprise using multiple seller names, addresses, and websites to sell counterfeit dental mixing tips.  Defendants offered counterfeit "House Brand" mixing tips on the websites www.ucdpi.com and www.net32.com under the names "UC Dental Products" and "SmartChoice Dental."  "House Brand" counterfeit products were purchased from the seller UC Dental on www.ucdpi.com, and Defendant Han, owner of CDPC, mailed the "House Brand" products to the purchaser in New York. Defendants also sold "House Brand" products as the seller "SmartChoice Dental" on www.net32.com, and Defendant Han mailed "House Brand" products to the purchaser in New York.

***This Court Has Entered Several Restraining Orders, Consent or Default Judgments, and Injunctions Which Confirm the Validity and Infringement of the Colored Dome Mark, the Dome Mark, and the Candy Colors***

20.     In *Sulzer Mixpac v. TPC Advanced Technologies, Inc.*, 08 Civ. 10364 (DC), this Court entered a Temporary Restraining Order against further infringement of the Colored Dome Mark on December 1, 2008, and the Court later entered six consent or default judgments which confirm the validity and infringement of the Colored Dome Mark.  On November 30, 2009 in *Sulzer Mixpac v. Ritter GmbH, NSJ and Peng Waves*, 09 Civ. 9705 (DAB) the Court issued a TRO, followed by the issuance of a Preliminary Injunction on December 14, 2009, and later a default judgment confirming the validity and infringement of Mixpac's Colored Dome Mark.  In *Sulzer Mixpac USA v. Purelife Gloves, LLC*, 09 Civ.

10430 (DAB) and *Sulzer Mixpac USA v. Crown Dentalsply et al.,* 10 Civ. 8911 (DAB), the Court entered consent judgments further confirming the validity and infringement of the Colored Dome Mark on May 10, 2011 and April 21, 2011, respectively.   Further, in *Sulzer Mixpac USA v. Rainbow Specialty & Health Products (USA) et al.,* 12 Civ. 6970 (RJS), *Sulzer Mixpac USA v. UC Dental Products, Inc. dba Happystone Dental Supply* 12 Civ. 7863 (LTS), and *Sulzer Mixpac USA v. Spident USA, Inc. and Spident Co., Ltd et al.,* 12 Civ. 8563 (PAC), the court entered consent judgments confirming the validity and infringement of the Colored Dome Mark on November 21, 2012, November 27, 2012, and January 23, 2013, respectively.

## COUNT I

### TRADEMARK COUNTERFEITING UNDER 15 U.S.C. § 1114

21.    Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 20 of its complaint.

22.    Defendants have advertised, offered for sale, distributed, or sold mixing tips which are spurious and which are identical with or are substantially indistinguishable from Mixpac's brown or pink mixing tips as shown in the Colored Dome Trademark Registrations, Reg. No. 3,762,232 (yellow), Reg. No. 3,762,233 (teal/green), Reg. No. 3,976,379 (blue), Reg. No. 3,976,380 (pink), Reg. No. 3,976,381 (purple), Reg. No. 3,976,382 (brown), or the Dome Mark Registration, Reg. No. 4,051,261 (no color).

23.    Defendants' conduct is likely to cause confusion, to cause mistake, and to deceive as to Defendants' affiliation, connection, association, or sponsorship with Mixpac.

24.    Defendants' infringement is willful and with notice of Mixpac's trademark registrations.

25.     Mixpac has no adequate remedy at law.  Defendants' conduct has caused and, if not enjoined, will continue to cause irreparable damage to Mixpac.  As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, statutory damages, damages, and attorney's fees and costs.

## COUNT II

### INFRINGEMENT OF THE REGISTERED COLORED DOME AND DOME TRADEMARKS BY DEFENDANT UNDER 15 U.S.C. §§ 1125(a) and 1114

26.     Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 25 of its complaint.

27.     Defendants adopted their trade dress for their mixing tips with knowledge of the Colored Dome Mark and Dome Marks.

28.     Defendants have misleadingly used, and continue to use, a confusingly similar trade dress to the Colored Dome Mark and Dome Mark as shown in the Colored Dome Trademark Registrations and Dome Mark Registration, which is likely to cause confusion, to cause mistake, and to deceive as to Defendants' affiliation, connection, association, or sponsorship with Mixpac.

29.     Defendants' acts are calculated to deceive, or are likely to deceive, the public, which recognizes and associates the Colored Dome Mark and the Dome Mark with Mixpac. Moreover, Defendants' conduct is likely to cause confusion, to cause mistake, or to deceive the public as to the source of Defendants' products, or as to a possible affiliation, connection with or sponsorship by Mixpac.

30.     Defendants' conduct has caused Mixpac to suffer and, unless enjoined by the court, will cause Mixpac to continue to suffer damage to its operation, reputation, and

goodwill and will suffer the loss of sales and profits that Mixpac would have made but for Defendants' acts.  Defendants have been, and will continue to be, unjustly enriched by their unlawful acts.

31.     Defendants' infringement is willful and with notice of Mixpac's trademark registrations.

32.     Mixpac has no adequate remedy at law.  Defendants' conduct has caused and, if not enjoined, will continue to cause irreparable damage to Mixpac.  As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

**COUNT III**

**FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(a)**

33.     Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 32 of its complaint.

34.     Defendants' mixing tips use the Colored Dome Mark, Candy Colors, and Dome Mark in such a way as to unfairly compete in the marketplace by drawing a false association between Defendants' products and Mixpac including offering Counterfeit Mixing Tips on the websites www.ucdpi.com and www.net32.com under the name "House Brand" and/or "SmartChoice Dental" and/or "UC Dental Products."

35.     Defendants have made false designations of origin and false or misleading descriptions or representations of fact in commercial advertising or promotion which misrepresent the nature, characteristics, qualities, sponsorship, or association with another person's goods, services, or commercial activities in violation of 15 U.S.C. § 1125(a).

36.     Defendants have violated and, upon information and belief, intend to continue to willfully, knowingly, and intentionally violate 15 U.S.C. § 1125(a) by their unlawful acts in a manner that is likely to cause confusion, mistake or deceive as to the nature, characteristics, or qualities of their goods, services, or commercial activities.

37.     Defendants' conduct has caused Mixpac to suffer irreparable harm and, unless enjoined by the Court, will cause Mixpac to continue to suffer damage to its operation, reputation, and goodwill, and will suffer the loss of sales and profits that Mixpac would have made but for Defendants' acts.   Defendants have been, and will continue to be, unjustly enriched by their unlawful acts.

38.     Defendants have willfully made false designations of origin with knowledge and with notice of Mixpac's trademark rights.

39.     Mixpac has no adequate remedy at law.   Defendants' conduct has caused and, if not enjoined, will continue to cause irreparable damage to Mixpac.   As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

## COUNT IV

## VIOLATION OF N.Y. GEN. BUS. LAW § 349

40.     Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 39 of its complaint.

41.     Defendants' acts, including the unauthorized manufacture and distribution of its mixing tips, constitute a violation of General Business Law § 349 because they are likely to cause confusion or mistake, or deceive consumers into thinking that Defendants' and Mixpac's

products emanate from the same source. The public has an interest in being able to correctly identify the source of the Mixpac products.

42.     Defendants' conduct has caused harm to the public because their products compromise the health or safety of consumers of dental products or services.

43.     Defendants willfully engaged in one or more deceptive trade practices.

44.     Mixpac has no adequate remedy at law.  Defendants' conduct has caused and, if not enjoined, will continue to endanger consumers of dental products or services and cause irreparable damage to Mixpac.  As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

## COUNT V

## VIOLATION OF N.Y. GEN. BUS. LAW § 350

45.     Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 44 of its complaint.

46.     Defendants' acts violate General Business Law § 350 because, by offering copies of Mixpac's products, they falsely represent to consumers and professionals that their products are somehow associated or affiliated with, sponsored, or endorsed by Mixpac.

47.     Defendants' acts and misrepresentations are likely to cause confusion, mistake, or deception as to the source of their products and services.

48.     Should such misrepresentations continue, it will produce an irreparable injury to Mixpac because it allows Defendants to trade off Mixpac's goodwill and unfairly and improperly market their goods through misleading statements.

49.     Defendants' conduct has caused harm to the public because their products compromise the health or safety of consumers of dental services.

50.     Defendants have willfully made false representations with knowledge and with notice of Mixpac's trademark rights.

51.     Defendants' acts have caused, and continue to cause, irreparable harm to Mixpac.  Unless this court enjoins Defendants from continuing its unauthorized acts, Mixpac will continue to suffer irreparable harm.  As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

## COUNT VI

## VIOLATION OF N.Y. GEN. BUS. LAW § 360-1

52.     Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 51 of its complaint.

53.     Defendants' conduct is likely to cause injury to Mixpac's reputation and dilute the distinctive quality of its trademarks.

54.     Mixpac's Colored Dome Mark is highly distinctive and has become well known and widely respected in the dental industry.

55.     Mixpac's products are safe and meet Mixpac's standards for quality and cleanliness.

56.     Mixpac's mixing tips have been properly tested to fit and work effectively with Mixpac's complementary dispensing systems.

57.     Defendants' products may not be safe and do not meet Mixpac's standards for quality and cleanliness.

58.     Defendants' use of Mixpac's Colored Dome Mark on its identical (in appearance), yet substandard, products is likely to cause consumers to believe that Defendants' products emanate from the same source as Mixpac's.

59.     Defendants' unlawful manufacture and distribution of products bearing Mixpac's distinctive trademarks are likely to tarnish Mixpac's image and blur the distinctive quality of its marks.

60.     Defendants' actions threaten to undermine and damage the goodwill and reputation associated with Mixpac's trademark in the eyes of the dental trade industry and general consuming public.

61.     Defendants have willfully made false statements with knowledge and with notice of Mixpac's trademark rights.

62.     Defendants' acts have caused, and continue to cause, irreparable harm to Mixpac.  Unless this Court enjoins Defendants from continuing its unauthorized acts, Mixpac will continue to suffer irreparable harm.  As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

## COUNT VII

## COMMON LAW TRADEMARK INFRINGEMENT

63.     Mixpac realleges and incorporates herein by reference the allegations in paragraphs 1 through 62 of its complaint.

64.     Defendants adopted the look of their mixing tips with knowledge of the Colored Dome Mark, Candy Colors, and the Dome Mark.

65.     Defendants have misleadingly used, and continue to use, a confusingly similar trade dress to the Colored Dome Mark, Candy Colors, and the Dome Mark that is likely to cause confusion, to cause mistake, and to deceive as to Defendants' affiliation, connection, association, or sponsorship with Mixpac.

66.     Defendants' acts are calculated to deceive, or are likely to deceive, the public, which recognizes and associates the Colored Dome Mark, Candy Colors, and the Dome Mark with Mixpac.  Moreover, Defendants' conduct is likely to cause confusion, to cause mistake, or to deceive the public as to the source of Defendants' products, or as to a possible affiliation, connection with, or sponsorship by Mixpac.

67.     Defendants have willfully infringed with knowledge and with notice of Mixpac's trademark rights.

68.     Defendants' acts have caused, and continue to cause, irreparable harm to Mixpac.  Unless this court enjoins Defendants from continuing its unauthorized acts, Mixpac will continue to suffer irreparable harm.  As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

## COUNT VIII

## COMMON LAW UNFAIR COMPETITION

69.     Mixpac realleges and incorporates by reference the allegations in paragraphs 1 through 68 of its complaint.

70.     Defendants' acts and uses constitute unfair competition under common law.

71.     Defendants adopted their trade dress in bad faith as they knowingly, willfully, and intentionally copied the shape and colors of Mixpac's product to trade off Mixpac's labor, expenditures, and good will.

72.     Defendants' mixing tips utilize the Colored Dome Mark, Candy Colors, and the Dome Mark in such a way as to unfairly compete in the marketplace by drawing a false association between Defendants' products and Mixpac.

73.     Defendants have made false designations of origin and false or misleading descriptions or representations of fact in commercial advertising or promotion which misrepresent the nature, characteristics, or qualities of another person's goods, services, or commercial activities.

74.     Defendants' conduct has caused Mixpac to suffer irreparable harm and, unless enjoined by the court, will cause Mixpac to continue to suffer damage to its operation, reputation, and goodwill and will suffer the loss of sales and profits that Mixpac would have made but for Defendants' acts.   Defendants have been, and will continue to be, unjustly enriched by their unlawful acts.

75.     Mixpac has no adequate remedy at law.   Defendants' conduct has caused and, if not enjoined, will continue to cause irreparable damage to Mixpac.   As a result of Defendants' wrongful conduct, Mixpac is entitled to injunctive relief, Defendants' profits, damages, and attorney's fees and costs.

## RELIEF REQUESTED

Wherefore, Mixpac requests that the court enter a judgment in Mixpac's favor and against Defendants and provide Mixpac the following relief:

A.     Order, adjudge, and decree that Defendants have infringed the Mixpac Colored Dome Mark, Candy Colors and Dome Mark under 15 U.S.C. §§ 1114, 1125(a);

B.     Order, adjudge, and decree that Defendants have committed trademark counterfeiting  of U.S. Trademark Reg. No. 3,762,232 (yellow), Reg. No. 3,762,233 (teal/green), Reg. No. 3,976,379 (blue), Reg. No. 3,976,380 (pink), Reg. No. 3,976,381 (purple), Reg. No. 3,976,382 (brown), and/or Reg. No. 4,051,261 (no color) under 15 U.S.C. § 1114.

C.    Order, adjudge, and decree that Defendants willfully and knowingly infringed the Mixpac Colored Dome Mark, Candy Colors, and Dome Mark;

D.    Issue a preliminary and permanent injunctive relief prohibiting Defendants and their respective parents, subsidiaries, principals, officers, agents, affiliates, servants, attorneys, employees, and all others in privity with it from using any trade dress which is likely to be confused with the Colored Dome Mark, Candy Colors, and Dome Mark;

E.    Order Defendants to identify and recall from customers and destroy all infringing materials, including but not limited to all packaging and advertising incorporating the infringing trade dress or any other trade dress confusingly similar to the Colored Dome Mark, Candy Colors, and Dome Mark;

F.    Award Mixpac damages for trademark infringement including prejudgment interest and costs against Defendants under 15 U.S.C. § 1117;

G.    Award Mixpac three times its damages to compensate Mixpac under 15 U.S.C. § 1117;

H.    Award Mixpac its reasonable attorney's fees under 15 U.S.C. § 1117;

I.    Award Mixpac statutory damages for trademark counterfeiting pursuant to 15 U.S.C. § 1117; and

J.    Award such other and further relief as the court may deem just.

Dated: New York, New York
       October 7, 2014

                                Charles D. Cole, Jr.
                                Newman Myers Kreines Gross Harris, P.C.
                                40 Wall Street
                                New York, New York 10005-1335
                                (212) 619-4350
                                dcole@nmkgh.com

                                        -and-

                                Michael T. Murphy
                                K&L Gates LLP
                                1601 K Street, N.W.
                                Washington, D.C.  20006
                                (202) 778-9176
                                michael.murphy@klgates.com

                                Attorneys for Plaintiffs Sulzer Mixpac USA,
                                  Inc. and Sulzer Mixpac AG

EXHIBIT A

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,762,232**
Registered Mar. 23, 2010

**Int. Cls.: 7, 8 and 10**

**TRADEMARK**
**PRINCIPAL REGISTER**

SULZER MIXPAC AG (SWITZERLAND CORPORATION)
GRUNDSTRASSE 12
ROTKREUZ, SWITZERLAND CH-6343

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR USE IN CONNECTION WITH POWER-OPERATED AND MACHINE-OPERATED DISPENSING GUNS USED FOR MIXING ADHESIVES AND SEALANTS FOR USE IN THE CONSTRUC-TION, AUTOMOTIVE, ELECTRONICS, AEROSPACE, AND INDUSTRIAL ASSEMBLY AND REPAIR INDUSTRIES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR USE IN CONNECTION WITH MANUALLY-OPERATED DISPENSING GUNS USED FOR MIXING ADHESIVES AND SEALANTS FOR USE IN THE CONSTRUCTION, AUTOMOTIVE, ELECTRONICS, AEROSPACE, AND INDUSTRIAL ASSEMBLY AND REPAIR INDUSTRIES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

THE MARK CONSISTS OF THE COLOR YELLOW AND THE CONFIGURATION OF A FU-TURISTIC, DOME-FAÇADE TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY INDENTED MIDDLE PORTION, AN UPPER PORTION ANGLED INWARDLY WHICH NARROWS AND RESTRICTS TO A TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP TABS ON THE DOME-FAÇADE TIP, THE SLIGHTLY INDEN-TED MIDDLE PORTION CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,762,232** SEC. 2(F).

SER. NO. 77-623,873, FILED 12-1-2008.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,762,233**  SULZER MIXPAC AG (SWITZERLAND CORPORATION)
Registered Mar. 23, 2010  GRUNDSTRASSE 12
ROTKREUZ, SWITZERLAND CH-6343

**Int. Cls.: 7, 8 and 10**  FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR USE IN CONNECTION WITH POWER-OPERATED AND MACHINE-OPERATED DISPENSING GUNS USED FOR MIXING ADHESIVES AND SEALANTS FOR USE IN THE CONSTRUC-
**TRADEMARK** TION, AUTOMOTIVE, ELECTRONICS, AEROSPACE, AND INDUSTRIAL ASSEMBLY AND
**PRINCIPAL REGISTER** REPAIR INDUSTRIES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR USE IN CONNECTION WITH MANUALLY-OPERATED DISPENSING GUNS USED FOR MIXING ADHESIVES AND SEALANTS FOR USE IN THE CONSTRUCTION, AUTOMOTIVE, ELECTRONICS, AEROSPACE, AND INDUSTRIAL ASSEMBLY AND REPAIR INDUSTRIES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

THE MARK CONSISTS OF THE COLOR TEAL AND THE CONFIGURATION OF A FUTUR-ISTIC, DOME-FAÇADE TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY IN-DENTED MIDDLE PORTION, AN UPPER PORTION ANGLED INWARDLY WHICH NAR-ROWS AND RESTRICTS TO A TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP TABS ON THE DOME-FAÇADE TIP, THE SLIGHTLY INDEN-TED MIDDLE PORTION CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) TEAL IS/ARE CLAIMED AS A FEATURE OF THE MARK.



David J. Kappos
Director of the United States Patent and Trademark Office

**Reg. No. 3,762,233** SEC. 2(F).

SER. NO. 77-623,884, FILED 12-1-2008.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,976,379**

**Registered June 14, 2011**

SULZER MIXPAC AG (SWITZERLAND CORPORATION)
RÜTISTRASSE 7
HAAG (RHEINTAL), SWITZERLAND CH-9469

**Int. Cl.: 10**

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE COLOR BLUE AND THE CONFIGURATION OF A FUTURISTIC, DOME-FACADE TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY INDENTED MIDDLE PORTION, AN UPPER PORTION ANGLED INWARDLY WHICH NARROWS AND RESTRICTS TO A TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP TABS ON THE DOME-FACADE TIP, THE SLIGHTLY INDENTED MIDDLE PORTION CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-848,301, FILED 10-14-2009.

NORA BUCHANAN WILL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,976,380**
**Registered June 14, 2011**

SULZER MIXPAC AG (SWITZERLAND CORPORATION)
RÜTISTRASSE 7
HAAG (RHEINTAL), SWITZERLAND CH-9469

**Int. Cl.: 10**

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE COLOR PINK AND THE CONFIGURATION OF A FUTURISTIC, DOME-FACADE TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY INDENTED MIDDLE PORTION, AN UPPER PORTION ANGLED INWARDLY WHICH NARROWS AND RESTRICTS TO A TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP TABS ON THE DOME-FACADE TIP, THE SLIGHTLY INDENTED MIDDLE PORTION CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) PINK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-848,315, FILED 10-14-2009.

NORA BUCHANAN WILL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,976,381**

**Registered June 14, 2011**

SULZER MIXPAC AG (SWITZERLAND CORPORATION)
RÜTISTRASSE 7
HAAG (RHEINTAL), SWITZERLAND CH-9469

**Int. Cl.: 10**

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE COLOR PURPLE AND THE CONFIGURATION OF A FUTURISTIC, DOME-FACADE TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY INDENTED MIDDLE PORTION, AN UPPER PORTION ANGLED INWARDLY WHICH NARROWS AND RESTRICTS TO A TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP TABS ON THE DOME- FACADE TIP, THE SLIGHTLY INDENTED MIDDLE PORTION CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) PURPLE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-848,320, FILED 10-14-2009.

NORA BUCHANAN WILL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,051,261**

**Registered Nov. 8, 2011**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

SULZER MIXPAC AG (SWITZERLAND CORPORATION)
RÜTISTRASSE 7
HAAG (RHEINTAL), SWITZERLAND CH9469

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR
DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

OWNER OF U.S. REG. NOS. 3,762,232 AND 3,762,233.

THE MARK CONSISTS OF THE CONFIGURATION OF A FUTURISTIC, DOME-FACADE
TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY INDENTED MIDDLE PORTION,
AN UPPER PORTION ANGLED INWARDLY WHICH NARROWS AND RESTRICTS TO A
TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A
CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP
TABS ON THE DOME-FACADE TIP, THE SLIGHTLY INDENTED MIDDLE PORTION
CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW
LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND
IS NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-848,340, FILED 10-14-2009.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



Reg. No. 3,976,382

Registered June 14, 2011

Int. Cl.: 10

TRADEMARK

PRINCIPAL REGISTER



SULZER MIXPAC AG (SWITZERLAND CORPORATION)
RÜTISTRASSE 7
HAAG (RHEINTAL), SWITZERLAND CH-9469

FOR: MIXING TIPS USED WITH DISPENSERS OF TWO PART COMPOSITIONS FOR DENTAL APPLICATIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

THE MARK CONSISTS OF THE COLOR BROWN AND THE CONFIGURATION OF A FUTURISTIC, DOME-FACADE TIP HAVING A SMOOTH BOTTOM PORTION, A SLIGHTLY INDENTED MIDDLE PORTION, AN UPPER PORTION ANGLED INWARDLY WHICH NARROWS AND RESTRICTS TO A TOP PORTION THAT ATTACHES TO A TRANSPARENT STEM WHICH ENCASES A CORKSCREW LIKE ELEMENT. THE DOTTED OUTLINE OF THE BOTTOM TAB AND TOP TABS ON THE DOME-FAÇADE TIP, THE SLIGHTLY INDENTED MIDDLE PORTION CONSISTING OF UNIFORM CONTINUOUS RIDGES, THE STEM AND THE CORKSCREW LIKE ELEMENT IS INTENDED TO SHOW POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) BROWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-848,338, FILED 10-14-2009.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

EXHIBIT B

2/11/2014

Brown Cement Mixing Tips - CET124

HOME    WISH LIST (0)    LOGIN    MY ACCOUNT    SHOPPING CART    CHECKOUT

# UC Dental Products
Hassle-Free Saving Center

**Shopping Cart**
0 item(s) - $0.00

Search

HOME    ABOUT US    MY ACCOUNT    SHOPPING CART    CHECKOUT    CONTACT US

▼ Shop by Category

CUSTOMER FAVORITES
IMPRESSION MATERIALS
- VPS Impression Materials
- Impression Mixing Tips
- Impression Bite Trays
TEMPORARY MATERIALS
RESTORATIVES
CURING LIGHTS
PREVENTIVES
ENDODONTICS
INFECTION CONTROL
- Exam Gloves
- Disposables
MISCELLANEOUS

Home » IMPRESSION MATERIALS » Impression Mixing Tips » Brown Cement Mixing Tips - CET124

## Brown Cement Mixing Tips - CET124

Product Code: CET124
Availability: In Stock

**Price: $11.95**

Qty: 1    Add to Cart

SPECIAL OFFER
Click for Detail

VISA

Credit Card
Authorization Form

### Description

# Brown Cement Mixing Tips

# -50 Tips / Bag

FEATURED PRODUCTS


Delikit VPS Heavy Body Impression Material - Fast Set 2X50ml
$15.95
Disposable Impression


Bite Registration Trays - Posterior (50 pcs)
$8.95


Deli-Penta - Yellow Dynamic (Automix) Mixing Tips - 50 pcs
$18.95


Delikit Secret VPS Light Body Unit Dose System - 50/Box
$49.95

EsBond - Light-Cured

2/11/2014                                    Brown Cement Mixing Tips - CET124

 Bonding Agent
$29.95

| Information | Customer Service | My Account | Follow Us |
|---|---|---|---|
| About Us | Contact Us | My Account | Twitter |
| Privacy Policy | Site Map | Order History | |
| Shipping Information | | | Facebook |
| Special Offer | | | |

13640 Imperial Hwy, Unit 9, Santa Fe Springs CA, 90670 / Tel : 800-474-5090 / Fax : 213-596-9169
Copyright © UC Dental Products 2012 All Rights Reserved.


Dental Supply Marketplace

**To Place Your Order:**
1. Use our website: www.net32.com
2. Fax your order to us at 919-468-1178
3. Call Customer Service at 1-800-517-1997

Dental Supplies > Cements, liners & adhesives > Cement & liner accessories > Cement mixing tips



# House Brand Brown Mixing Tips for Dual Barrel Resin Based (SK5)
by House Brand

**List Price:** ~~$39.95~~

**Price:** from **$11.95**

**You Save:** $28.00 (70%)

**Rating:** Be the first to write a review

| | |
|---|---|
| Description: | Brown Mixing Tips for Dual Barrel Resin Based Cementation System, 1 : 1 Ratio, Package of 50. |
| Manufacturer Code: | SK5 |
| Brand: | House Brand |
| Packaging: | Bag of 50 tips |

**Featured Vendors**   Customer Reviews (0)

| VENDOR INFORMATION | PRICE + SHIPPING | TOTAL | QUANTITY: 1 |
|---|---|---|---|
| SmartChoice Dental (2) Ships from CA in about **1 day**. | **$11.95** + $9.95 shipping Spend $288.05 more for FREE shipping | **$21.90** best choice! | Add to Cart |

Or select a quantity and Add to Shopping List for later.

## Best Sellers related to this item

 House Brand Brown Tapered Mixing Tips for Dual Barrel Resin Based ~~$24.78~~ **$11.49**

 FujiCEM GC America Mix Tips, Package of 20 mixing tips ~~$31.92~~ **$27.95**

 GC Temp Advantage Mixing Tips, package of 15 (1) ~~$16.51~~ **$13.40**

 Resiment Ready-Mix Automix Tips, Package of 50 tips ~~$41.00~~ **$36.90**

Defend Brown High Performance Mixing Tips for Temporary Cement ~~$34.47~~ **$18.45**

**Recently Viewed**

Page 1 of 3

2/11/2014

House Brand Brown Mixing Tips Dual Barrel Resin Based Cementation Syst



House Brand Brown Mixing Tips for Dual Barrel Resin Based (SK5)
$39.95 $11.95



MIXPAC HP Mixing Tips, Blue (Orange inside) 25/Pk. Genuine patented
$31.95 $14.95



MIXPAC HP Mixing Tips - Extra Large (7.5 mm), Purple 48/Pk. Genuine
$34.95



MIXPAC HP Mixing Tips - Medium (5.4 mm), Pink 48/Pk. Genuine patented
$21.95 $12.95

2/11/2014                House Brand High Performance Mixing Tips - Medium (54 mm) Pink Bag 48



**To Place Your Order:**
1. Use our w ebsite: w w w .net32.com
2. Fax your order to us at 919-468-1178
3. Call Customer Service at 1-800-517-1997

Dental Supplies > Impression materials > Mixing material tips

**Best Sellers related to this item**



## House Brand High Performance Mixing Tips - Medium (5.4 mm), Pink, Bag

by House Brand



Pac-Dent High Performance Mixing Tips - Small (4.2 mm), Yellow . Bag (1)
~~$29.99~~ **$18.50**

**List Price:** ~~$39.99~~

**Price:** from **$17.70**

**You Save:** $22.29 (56%)

**Rating:** Be the first to write a review



Pac-Dent High Performance Mixing Tips - Large (6.5 mm), Green / Teal (2)
~~$39.99~~ **$18.50**

| | |
|---|---|
| Description: | High Performance Mixing Tips - Medium (5.4 mm), Pink, Bag of 48 Tips. |
| Manufacturer Code: | VP-8106 |
| Brand: | House Brand |
| Packaging: | 48 mixing tips |
| Style: | Medium (5.4mm) |
| Type: | HP mixing tips |



House Brand Dynamic Mixing Tips, Red - New Style - Compare (715120) (3)
~~$49.99~~ **$17.10**



House Brand Intra-Oral Tips - Small Yellow , Package of 100 (2)
~~$23.99~~ **$3.74**



Impregum Penta Penta Mixing Tips - "New " Red, Package of 50 Tips (1)
~~$153.00~~ **$27.00**

**Alternatives**



ProAdvantage High Performance Mixing Tips - Medium (5.4 mm), Pink
~~$25.00~~ **$22.90**

| Featured Vendors | Customer Reviews (0) |
|---|---|

| VENDOR INFORMATION | PRICE + SHIPPING | TOTAL | QUANTITY: 1 | |
|---|---|---|---|---|
| Hey Dental (49) Ships from MD in about **1 day**. On Special. | **$17.70** + $5.95 shipping Spend $382.30 more for FREE shipping | **$23.65** best choice! | Add to Cart | |
| Discount Dent Supply (16) Ships from IA in about **7 days**. On Special. | **$18.85** + $4.89 shipping Spend $281.15 more for FREE shipping | **$23.74** | Add to Cart | |
| Webco Dental (18) Ships from FL in about **2 days**. | **$21.18** + $4.95 shipping Spend $128.82 | **$26.13** | Add to Cart | |

more for FREE
shipping

ODS Online                    (9)    **$22.45** + $5.45    **$27.90**    [ Add to Cart ]
Ships from IA in about **3 days**.    shipping
                                       Spend $327.55
                                       more for FREE
                                       shipping

Dental Supply Depot           (7)    **$19.99** + $8.95    **$28.94**    [ Add to Cart ]
Ships from MD in about **5 days**.    shipping
                                       Spend $480.01
                                       more for FREE
                                       shipping

PA Dental                     (9)    **$27.95** + $5.95    **$33.90**    [ Add to Cart ]
Ships from MD in about **3 days**.    shipping
License Required                      Spend $222.05
                                       more for FREE
                                       shipping

Ivory Dental                         **$26.75** + $7.95    **$34.70**    [ Add to Cart ]
Ships from NY in about **8 days**.    shipping
                                       Spend $473.25
                                       more for FREE
                                       shipping

Or select a quantity and Add to Shopping List for later.

## Customers who bought this also bought



Pac-Dent High Performance
Mixing Tips - Medium (5.2 mm),
Pink
~~$48.99~~ **$26.12**

## Recently Viewed                                                    Page 1 of 3


House Brand Brown Mixing
Tips for Dual Barrel Resin


MIXPAC HP Mixing Tips, Blue
(Orange inside) 25/Pk.


MIXPAC HP Mixing Tips - Extra
Large (7.5 mm), Purple 48/Pk.


MIXPAC HP Mixing Tips -
Medium (5.4 mm), Pink 48/Pk.

2/11/2014                    House Brand High Performance Mixing Tips - Medium (54 mm) Pink Bag 48

| Based (SK5) | Genuine patented | Genuine | Genuine patented |
|---|---|---|---|
| ~~$39.95~~ **$11.95** | ~~$31.95~~ **$14.95** | **$34.95** | ~~$21.95~~ **$12.95** |